UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DICHO DUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>PRINCE TELECOM, LLC, PRINCE TELECOM, INC., PRINCE TELECOM HOLDINGS, INC., DAVID SCHWARTZ, JOHN KUHN, MICHAEL GENTILE, KELLY ROSS, BRITTANY LANG, and GREG DRISCOLL,<br><br>              Defendants. | Civil Action No. 09-CV-05498 (ADS) (ARL) |

**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that defendants Prince Telecom, LLC's; Prince Telecom, Inc.'s; Prince Telecom Holdings, Inc.'s; John Kuhn's; and David Schwartz's time to answer, move or otherwise respond to the Complaint be extended to March 11, 2010.

| | |
|---|---|
| PLAINTIFF DICHO DUKOV<br><br>By His Attorneys,<br><br>*/s/ Philip J. Gordon*<br>_____<br>Neil H. Greenberg, Esq.<br>Justin M. Reilly, Esq.<br>NEIL H. GREENBERG & ASSOCIATES,<br>    P.C.<br>900 Merchants Concourse, Suite 314<br>Westbury, NY  11590<br>(516) 228-5100<br><br>and<br><br>Philip J. Gordon, Esq<br>GORDON LAW GROUP, LLP<br>585 Boylston Street<br>Boston, MA  01226<br>(617) 536-1800 | DEFENDANTS PRINCE TELECOM, LLC; PRINCE TELECOM, INC.; PRINCE TELECOM HOLDINGS, INC.; JOHN KUHN and DAVID SCHWARTZ<br><br>By Their Attorneys.<br><br>*/s/ Laura M. Raisty*<br>_____<br>Diane Saunders, Esq.<br>Laura M. Raisty, Esq.<br>MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, MA  02109<br>(617) 523-6666<br>dsaunders@morganbrown.com<br>lraisty@morganbrown.com |

SO ORDERED.


_____
U.S.D.J.