UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DICHO DUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PRINCE TELECOM, LLC, PRINCE TELECOM, INC., PRINCE TELECOM HOLDINGS, INC., DAVID SCHWARTZ, JOHN KUHN, MICHAEL GENTILE, KELLY ROSS, BRITTANY LANG, and GREG DRISCOLL,<br><br>    Defendants. | Civil Action No. 09-CV-05498 (ADS) (ARL) |

**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that defendants Prince Telecom, LLC's; Prince Telecom, Inc.'s; Prince Telecom Holdings, Inc.'s; John Kuhn's; and David Schwartz's time to answer, move or otherwise respond to the Complaint be extended to April 1, 2010.

As reason for this stipulation, the parties state that they have engaged in significant negotiations concerning the disposition of this matter, and defendant has produced substantial voluntary discovery that plaintiffs require additional time to analyze.

| | |
|---|---|
| PLAINTIFF DICHO DUKOV<br><br>By His Attorneys,<br><br>*/s/ Philip J. Gordon*<br>_____<br>Neil H. Greenberg, Esq.<br>Justin M. Reilly, Esq.<br>NEIL H. GREENBERG & ASSOCIATES, P.C.<br>900 Merchants Concourse, Suite 314<br>Westbury, NY  11590<br>(516) 228-5100<br><br>and<br><br>Philip J. Gordon, Esq<br>GORDON LAW GROUP, LLP<br>585 Boylston Street<br>Boston, MA  01226<br>(617) 536-1800 | DEFENDANTS PRINCE TELECOM, LLC; PRINCE TELECOM, INC.; PRINCE TELECOM HOLDINGS, INC.; JOHN KUHN and DAVID SCHWARTZ<br><br>By Their Attorneys.<br><br>*/s/ Laura M. Raisty*<br>_____<br>Daniel S. Field, Esq.<br>Diane Saunders, Esq.<br>Laura M. Raisty, Esq.<br>MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, MA  02109<br>(617) 523-6666<br>dsaunders@morganbrown.com<br>lraisty@morganbrown.com |

SO ORDERED.


_____
U.S.D.J.