UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
DICHO DUKOV, Individually and on     09 CV 5498
Behalf of All Others Similarly Situated,

                                              NOTICE OF VOLUNTARY
                                              DISMISSAL PURSUANT TO
                  Plaintiffs,           FED. R. CIV. P. 41(a)(1)(A)(i)
   -against-

PRINCE TELECOM, LLC, PRINCE
TELECOM, INC., PRINCE TELECOM
HOLDINGS, INC., DAVID SCHWARTZ,
JOHN KUHN, MICHAEL GENTILE,
KELLY ROSS, BRITTANY LANG, and
GREG DRISCOLL,

                Defendants.
------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action in its entirety without prejudice.

Dated: Westbury, New York
         March 31, 2010

                                   Law Offices of Neil H. Greenberg & Associates, P.C.
                                   Attorneys for the Plaintiff, DICHO DUKOV
                                   900 Merchants Concourse, Suite 314
                                   Westbury, New York 11590
                                   (516) 228-5100